Earl A. Sanborn, Plaintiff-Appellee, v. Roy G. Blankenheim et al., Defendants, Roy G. Blankenheim, Appellant.

Gen. No. 45,487.

Hubbard, Hubbard & Dorgan, for appellant; Charles E. McGuire, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed February 11, 1952; rehearing denied March 25, 1952; released for publication March 25, 1952.